**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CRAIG ARTHUR HUMPHRIES; WENDY
DAWN ABORN HUMPHRIES,
             *Plaintiffs-Appellants,*

v.

COUNTY OF LOS ANGELES; LEROY
BACA, individually and in his
official capacity as Los Angeles
County Sheriff; MICHAEL L.
WILSON, individually and in his
official capacity as a Detective
and/or Deputy of the Los Angeles
County Sheriff's Department;
CHARLES T. ANSBERRY, individually
and in his official capacity as a
Detective of the Los Angeles
County Sheriff's Department; BILL
LOCKYER, Attorney General, in his
official capacity as Attorney
General of the State of California,
             *Defendants-Appellees.*

No. 05-56467

D.C. No.
CV-03-00697-JVS
Central District of
California,
Santa Ana

ORDER

On Remand From The United States Supreme Court

Filed May 26, 2011

Before: Jay S. Bybee and Milan D. Smith, Jr., Circuit
Judges, and Richard Mills, Senior District Judge.*

---

*The Honorable Richard Mills, Senior District Judge for the U.S. District Court for Central Illinois, Springfield, sitting by designation.

**ORDER**

After finding Appellants to be the prevailing parties in this case under 42 U.S.C. § 1988, we ordered Appellee County of Los Angeles to pay 10% of Appellants' attorney's fees. *See* No. 05-56467 (June 22, 2009) at 1, 3-4. We later adopted the recommendation of the Appellate Commissioner, which calculated this portion of the fee award to be $59,258.09. *See* No. 05-56467 (Dec. 2, 2009) at 2.

The United States Supreme Court subsequently reversed this portion of the judgment of this court. We likewise reverse and remand the case to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Los Angeles Cnty, Cal. v. Humphries*, ___ U.S. ___, 131 S. Ct. 447, 453-54 (2010).